Dawn M. McCraw (AZ #035321)
PRICE LAW GROUP, APC
8245 N 85th Way
Scottsdale, AZ 85258
T: (818) 600-5585
F: (818) 600-5485
E: dawn@pricelawgroup.com
*Attorney for Plaintiff*
*Gregory Matura*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Gregory Matura,<br><br>      Plaintiff,<br>vs.<br><br>BMO Harris Bank, N.A.; Experian Information Solutions, Inc; Equifax Information Services, LLC; and Trans Union LLC,<br><br>      Defendants. | **Case No.: 1:21-cv-2208**<br><br>**Judge Robert Blakey**<br><br>**Magistrate Judge M. David Weisman**<br><br>**SUMMONS RETURNED EXECUTED** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff has served upon Defendant BMO Harris Bank N.A. a copy of the following:

1. Issued Summons

2. Complaint

3. Civil Cover Sheet

4. Notice of Appearance

5. Order Regarding Joint Status Report

Attached is a copy of the return of service.

1

RESPECTFULLY SUBMITTED,

DATED: 6th day of May 2021.

*/s/Dawn M. McCraw*
Dawn M. McCraw (AZ #035321)
PRICE LAW GROUP, APC
8245 N 85th Way
Scottsdale, AZ 85258
T: (818) 600-5585
F: (818) 600-5485
E: dawn@pricelawgroup.com
*Attorney for Plaintiff*
*Gregory Matura*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Gregory Matura

V.

BMO Harris, N.A., et al

CASE NUMBER: 1:21-cv-02208

ASSIGNED JUDGE: John Robert Blakey

DESIGNATED MAGISTRATE JUDGE: M. David Weisman

TO: (Name and address of Defendant)

BMO Harris, N.A.
111 West Monroe St.
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dawn M. McCraw (AZ #035321)
Price Law Group, APC
8245 N 85th Way
Scottsdale, AZ 85258
T: (818) 600-5585
E: dawn@pricelawgroup.com

an answer to the complaint which is herewith served upon you, \_\_\_\_21\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*David Burke*

(By) DEPUTY CLERK

May 3, 2021

DATE

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

AFFIDAVIT OF SERVICE



Case No. :1:21-cv-02208

| Plaintiff(s): | Gregory Matura |
|---|---|
| | -vs- |
| Defendant(s): | BMO Harris, N.A., et al. |

STATE OF ILLINOIS COUNTY OF COOK        ss.:

**Michael Noble**, the undersigned, being duly sworn, deposes and says:

On **05/04/2021** at **12:12 PM**, deponent served the within **SUMMONS IN A CIVIL CASE; VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL** on BMO Harris, N.A. at 111 West Monroe St., Chicago, IL 60603 in the manner indicated below:

By delivering a true copy of each to and leaving with **Doris Becton, Sr. Services Rep.** who stated he/she is authorized to accept service on behalf the corporation/government entity.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Female | Black | Black | 50 | 5'4"-5'8" | 131-160 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on this 5 day of May, 2021.

X _____
Michael Noble
American Attorney Services
710 Laramie Ave.
Glenview, IL 60025

_____
Notary Public

OFFICIAL SEAL
Ronald Granfeldt
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec. 22, 2024